UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X
ANDREA R. BROWN,

                Plaintiff,

  -against-

JPMORGAN CHASE BANK, N.A.,

                Defendant.
------------------------------------X

CV 12-544 (CBA) (LB)

**AFFIDAVIT OF SERVICE**

**STATE OF NEW YORK**  )
                             ) ss.:
**COUNTY OF NEW YORK**  )

    STUART RADES, being duly sworn, deposes and says, that deponent is not a party to the action, is over eighteen years of age and is employed by JPMorgan Chase Bank, N.A.

That on the 2nd day of April, 2012 deponent served the within:

NOTICE OF MOTION/AFFIDAVIT OF STACEY BLECHER
DEFENDANT'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO DISMISS
PURSUANT TO FED. R. CIV. P. 12(b)(6)

To:    Andrea R. Brown
        47 Anderson Avenue, #2
        Fairview, New Jersey 07022
        (201) 238-4542

at the address designated for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Sworn to before me this
_____ day of April, 2012

_Susan McNamara_
Notary Public

SUSAN McNAMARA
Notary Public, State of New York
No. 43-4836571
Qualified in Richmond County
Certificate Filed in New York County
Commission Expires July 31, 20/3