# JPMorgan Chase & Co.

**Stacey L. Blecher**
Vice President and
Assistant General Counsel
(212) 552-3814

April 2, 2010

**Via First Class Mail**

Andrea R. Brown
47 Anderson Avenue, #2
Fairview, New Jersey 07022

      Re:    <u>Andrea R. Brown v. JPMorgan Chase Bank, N.A.</u>

Dear Ms. Brown:

I am in-house counsel with the JPMorgan Chase Legal & Compliance Department and represent Defendant in the above-referenced matter. Enclosed please find the following documents that were filed in court today:

- Notice of Motion with accompanying Affidavit of Stacey Blecher

- Defendant's Memorandum of Law in Support of its Motion to Dismiss Pursuant to Fed.R.Civ.P.12(b) (6)

Yours truly,

*Stacey L. Blecher*
Stacey L. Blecher