UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANDREA R. BROWN,

        Plaintiff,                              ORDER ADOPTING R&R
                                                      12-CV-544 (RRM)(LB)

   - against -

JPMORGAN CHASE BANK, N.A.,

        Defendant.
------------------------------------------------------------X
ROSLYNN R. MAUSKOPF, United States District Judge.

      By Order, dated December 28, 2012, this Court afforded plaintiff Andrea R. Brown, proceeding *pro se*, thirty days to amend her complaint and directed her to address the timeliness of her claims and the filing of this lawsuit. (Doc. No. 17.) In response to the Court's Order, plaintiff filed a letter on January 24, 2013 entitled "Granted Leave to File Amended Complaint." (Doc. No. 18.) Subsequently, defendant submitted a letter requesting that this case be dismissed because plaintiff's letter failed to respond to the Court's Order and renewed its original motion to dismiss. (Doc. No. 19.) By Order, dated February 14, 2013, this Court referred plaintiff's letter and defendant's renewed motion to dismiss to the assigned Magistrate Judge, the Honorable Lois Bloom, for a Report and Recommendation.

      On April 10, 2013, Judge Bloom issued a Report and Recommendation (the "R&R") recommending that the Court: (1) grant defendant's motion to dismiss as to all claims except for plaintiff's claim that defendant retaliated against her by opposing her application for unemployment insurance benefits; and (2) if the R&R is adopted, direct defendant to file an answer to plaintiff's retaliation claim within ten days. (Doc. No. 20.) Judge Bloom reminded

1

the parties that, pursuant to Rule 72(b), any objection to the R&R was due within 14 days from service of the R&R.  No party has filed any objection.[1]

Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court has reviewed the R&R for clear error and, finding none, adopts the R&R in its entirety.  *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007).

Accordingly, the Court grants defendant's motion to dismiss as to all claims except for plaintiff's claim that defendant retaliated against her by opposing her application for unemployment insurance benefits.[2]  The Clerk of Court is directed to send a copy of this Order to plaintiff, and this matter is recommitted to the assigned magistrate judge for all pretrial proceedings.

SO ORDERED.

Dated: Brooklyn, New York
       August 5, 2013

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge

---

[1] The magistrate judge's R&R was originally adopted in full by another member of this court, to whom this case was originally assigned; however, that order was subsequently vacated, and the case reassigned to the undersigned.  *See* Doc. Nos. 21 and 24.

[2] The Court notes that defendant filed an answer to plaintiff's retaliation claim on July 15, 2013.  (Doc. No. 23.)

2